## **CERTIFICATE OF SERVICE**

      I, the undersigned a non-attorney, hereby certify that on **March 18, 2008,** I electronically filed the forgoing **APPEARANCES of David M. Schultz and Stephen D. Vernon** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                        HINSHAW & CULBERTSON LLP

| David M. Schultz ARDC No. 6197596 | /s/ *Peggy A. Michael* |
| --- | --- |
| Stephen D. Vernon ARDC No.6288676 | Peggy A. Michael |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| svernon@hinshawlaw.com | |