**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES MURRAY, | Case No.: 08 C 1165 |
| Plaintiffs, | Judge: Norgle |
| | Magistrate Judge: Keys |
| v. | |
| I.C. SYSTEMS, INC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. Mail:

I.C. System, Inc.
c/o C T Corporation System,
Registered Agent
120 South Central Avenue
Clayton, MO 63105

*/s/ Richard J. Meier*