# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

James Murray

     Plaintiff,

v.

I.C. System, Inc.

     Defendant.

CASE NO.: 1:08-cv-01165

JUDGE: Charles R. Norgle

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:   /s/ Richard J. Meier __
    Richard J. Meier
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Rjm@legalhelpers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2008 a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipt.

Hinshaw & Culbertson LLP
c/o Mr. Stephen D. Vernon
222 North LaSalle St., Suite 300
Chicago, IL 60601-1081

/s/ Richard J. Meier