UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

James Murray
                      Plaintiff,

v.                                     Case No.: 1:08–cv–01165
                                       Honorable Charles R. Norgle Sr.

I.C. System, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Case dismissed with prejudice pursuant to Fed. R. 41(a)(1)(i). Civil case terminated. Mailed notice(ewf,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.